UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Richie Sinanan,                                                  Civil 06-3807 PAM/FLN

    Petitioner,

v.                                                                        O R D E R

James N. Cross,

    Respondent.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 29, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Petitioner's Petition for Writ of Habeas Corpus [#1] is GRANTED IN PART and that Petitioner be provided with another DHO hearing that satisfies the requirements of *Wolff v. McDonnell,* 418 U.S. 539, 563-71 (1974), including the provision that Petitioner be afforded an impartial disciplinary hearing.

DATED: February 15, 2007                    s/ Paul A. Magnuson
at St. Paul, Minnesota                             JUDGE PAUL A. MAGNUSON
                                                                      United States District Court